HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID ALLAN HOLMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE<br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Defendant. | CASE NO. C18-5735RBL-TLF<br><br>ORDER ADOPTING R&R |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 50], recommending that the Court Grant in part and Deny in part Defendants' Motion for Summary Judgment [Dkt. # 34]. Defendants have objected [Dkt. # 51].

(1) The Report and Recommendation is ADOPTED.

(2) Defendants' Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART, as described in the Report and Recommendation.

IT IS SO ORDERED.

Dated this 31st day of August, 2020.

*[signature]*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING R&R - 1