|   |   |
|---|---|
| DAVID ALLEN HOLMES, | CASE NO. C18-5735 MJP |
| Plaintiff, | MINUTE ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION |
| v. |   |
| WASHINGTON DEPARTMENT OF CORRECTIONS, et al., |   |
| Defendants. |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court requests that Plaintiff respond to Defendants' Motion for Reconsideration. (Dkt. No. 55.) Plaintiff's response should be submitted within 14 days of the date of this order and should not exceed ten (10) pages.

//

//

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed March 3, 2021.

3
                                  William M. McCool
4                                   Clerk of Court

5                                   s/Grant Cogswell
                                  Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24